ABBEY, WEITZENBERG, WARREN & EMERY
MITCHELL B. GREENBERG, Esq., State Bar 114878
STEPHANIE WALKER, Esq., State Bar 252464
100 Stony Point Road, Suite 200
Post Office Box 1566
Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
Facsimile: 707-542-2589

Attorneys for Defendants
STEPHAN JENKINS, an Individual;
BRADLEY HARGREAVES, an Individual;
THIRD EYE BLIND, INC.; 3EB TOURING, INC.
STEPHAN JENKINS PRODUCTIONS, INC.;
3EB PUBLISHING

# UNITED STATES DISTRICT COURT,

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FREDIANELLI, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>STEPHAN JENKINS, an Individual; BRADLEY HARGREAVES, an Individual; THIRD EYE BLIND, INC., a California Corporation; 3EB TOURING, INC., a California Corporation; STEPHAN JENKINS PRODUCTIONS, INC., a California Corporation; 3EB PUBLISHING, an Unknown Entity; THOMAS MANDELBAUM, an Individual;, HISCOCK & BARCLAY, LLP; a New York Limited Liability Partnership; DAVID RAWSON, an Individual; ZEISLER, ZEISLER, RAWSON & JOHNSON LLP, a California Limited Liability Partnership; EMI BLACKWOOD MUSIC, INC., a Connecticut Corporation; and DOES 1 – 10,<br><br>Defendants. | Case No.: **CV11-01562 R (JCx)**<br><br>**ORDER** |

1  PURSUANT TO THE STIPULATION RE: PROTECTIVE ORDER RE:
2  CONFIDENTIALITY, IT IS SO ORDERED.
3
4  Dated: June 8, 2011
   _____
   Honorable Manuel L. Real
5  Judge of the United States District Court
   Central District of California