**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

July 1, 2011

CASE TITLE:   ANTHONY FREDIANELLI-v-STEPHAN JENKINS
RECEIVED FROM: USDC Central District of California

CASE NUMBER:   CV 11-03232 DMR

TO COUNSEL OF RECORD:

The above entitled action has been transferred to this District.  All future filings should reflect the case number CV 11-3232 DMR.

Sincerely,

RICHARD W. WIEKING, Clerk

*[signature]*

by:  Valerie Kyono
Case Systems Administrator

o:\mrg\civil\transin.mrg