

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET
OAKLAND, CALIFORNIA 94102
Phone: (510) 637-3530

RICHARD W. WIEKING
    Clerk of Court

July 5, 2011

Derek Linke
John Du Wors
Newman & Newman, Attorneys at Law, LLP
1201 Third Avenue Suite 1600
Suite 1600
Seattle, WA 98101


Derek A. Newman
Newman Du Wors LLP
100 Wilshire Boulevard Suite 950
Santa Monica, CA 90401


Stephanie L. Walker
Mitchell B. Greenberg
Abbey Weitzenberg Warren & Emery
100 Stony Point Road Suite 200
P O Box 1566
Santa Rosa, CA 95402-1566


Christopher W. Smith
Jason Michael Booth
Dongell Lawrence Finney LLP
707 Wilshire Boulevard 45th Floor
Los Angeles, CA 90017


Kenneth M. Labbate
 Sanjit S. Shah
Mound Cotton Wollan and Greengrass
One Battery Park Plaza
New York, NY 10004


James Anthony Murphy
Harlan B. Watkins
Murphy Pearson Bradley etal
88 Kearny St 11th Flr
San Francisco, CA 94108


B. Douglas Robbins
Cindi K- Yun Wong
O'Leary Wood & Robbins LLP
1 Post Street
San Francisco, CA 94104

Michael J. Niborski
Pryor Cashman LLP
1801 Century Park East 24th Floor
Los Angeles, CA 90067

**Re:    ANTHONY FREDIANELLI  v. STEPHAN JENKINS, ET AL**
           C11-03232-DMR

Dear Counsel:

       This matter has been randomly assigned to United States Magistrate Judge Donna M. Ryu for all purposes including trial.

       The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

       A review of  our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge  has not been filed in this case.  All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and electronically file it with the Court by  **July 19, 2011.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

                                           Sincerely,

                                           Richard W. Wieking
                                           Clerk, U.S. District Court

                                           By: Ivy L. Garcia
                                               Deputy Clerk

Attachments

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY FREDIANELLI,                              No.  C-11-03232-DMR

              Plaintiff,                          **CONSENT TO PROCEED BEFORE A
                                                  UNITED STATES MAGISTRATE JUDGE**

       v.

STEPHAN JENKINS, ET AL,

              Defendants.

_____/

              CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

              In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate

Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

final judgment. Appeal from the judgment shall be taken directly to the United States Court of

Appeals for the Ninth Circuit

Dated: _____          _____
                                        Signature

                                        Counsel for _____
                                        (Name or party or indicate "pro se")

**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6
7   ANTHONY FREDIANELLI,                    No.  C-11-03232-DMR
8           Plaintiff,
                                            **DECLINATION TO PROCEED BEFORE**
9       v.                                  **A MAGISTRATE JUDGE**
                                                         **AND**
10  STEPHAN JENKINS, ET AL,                 **REQUEST FOR REASSIGNMENT TO A**
                                            **UNITED STATES DISTRICT JUDGE**
11          Defendants.
12  _____/
13
14      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
15          The undersigned party in the above-captioned civil matter hereby declines to consent to the
16  assignment of this case to a United States Magistrate Judge for trial and disposition and hereby
17  requests the reassignment of this case to a United States District Judge.
18
19
20  Dated: _____        _____
21                                             Signature
22                                             Counsel for _____
23                                             (Name or party or indicate "pro se")
24
25
26
27
28

                                           4