ABBEY, WEITZENBERG, WARREN & EMERY
MITCHELL B. GREENBERG, Esq., State Bar 114878
STEPHANIE WALKER, Esq., State Bar 252464
100 Stony Point Road, Suite 200
Post Office Box 1566
Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
Facsimile: 707-542-2589

Attorneys for Defendants
STEPHAN JENKINS, an Individual;
BRADLEY HARGREAVES, an Individual;
THIRD EYE BLIND, INC.; 3EB TOURING, INC.
STEPHAN JENKINS PRODUCTIONS, INC.;
3EB PUBLISHING and EMI BLACKWOOD MUSIC, INC.

# UNITED STATES DISTRICT COURT,
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FREDIANELLI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STEPHAN JENKINS, et al.,<br><br>　　　　　Defendants. | Case No.: **C 11-03232 DMR**<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSINGMENT TO A UNITED STATES DISTRICT JUDGE

　　The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

////

requests the reassignment of this case to a United States District Judge.

Dated: July 18, 2011.  ABBEY, WEITZENBERG, WARREN & EMERY

By: /s/ Mitchell B. Greenberg
Mitchell B. Greenberg,
Attorneys for Defendants
STEPHAN JENKINS, an Individual;
BRADLEY HARGREAVES, an Individual;
THIRD EYE BLIND, INC.;
3EB TOURING, INC.
STEPHAN JENKINS PRODUCTIONS, INC.;
3EB PUBLISHING; and
EMI BLACKWOOD MUSIC, INC.