1  B. Douglas Robbins (219413)
   Cyndi K. Wong (244983)
2  O'LEARY WOOD & ROBBINS, LLP
   One Post Street, Suite 800
3  San Francisco, CA 94104
   T: (415) 247-7900
4  F: (415) 247-7901
5  drobbins@owrlaw.com

6  ATTORNEYS FOR DEFENDANTS
   DAVID RAWSON AND ZEISLER, ZEISLER,
7  RAWSON & JOHNSON LLP

8                  UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA,
10                        OAKLAND DIVISION
11

| | |
|---|---|
| 12 ANTHONY FREDIANELLI, an individual, | Case No. C 11-03232 (DMR) |
| 13 Plaintiff, | **STIPULATION FOR DEFENDANTS DAVID RAWSON AND ZEISLER, ZEISLER, RAWSON & JOHNSON TO FILE RESPONSIVE PLEADING** |
| 14 v. | |
| 15 STEPHAN JENKINS, an individual; BRADLEY HARGREAVES, an individual; | |
| 16 THIRD EYE BLIND, INC., a California Corporation; 3EB TOURING, INC., a | |
| 17 California Corporation; STEPHAN JENKINS PRODUCTIONS, INC., a | Complaint Filed: February 22, 2011 |
| 18 California corporation; 3EB PUBLISHING, an unknown entity; THOMAS | |
| 19 MANDELBAUM, an individual; HISCOCK & BARCLAY, LLP, a New York Limited | |
| 20 Liability Partnership; DAVID RAWSON, an individual; ZEISLER, ZEISLER, RAWSON | |
| 21 & JOHNSON LLP, a California Limited Liability Partnership; EMI BLACKWOOD | |
| 22 MUSIC, INC., a Connecticut Corporation; and DOES 1-10, | |
| 23 | |
| 24 Defendants. | |

1

Defendants DAVID RAWSON ("Rawson"), an individual, and ZEISLER, ZEISLER, RAWSON & JOHNSON LLP ("ZZRJ"), a California Limited Liability Partnership, and Plaintiff ANTHONY FREDIANELLI hereby stipulate to extend the date for Rawson and ZZRJ to file pleadings responsive to the Complaint to August 22, 2011.

SO STIPULATED,

NEWMAN DUWORS LLP

Dated: July 26, 2011

By:_____
Derek A. Newman
**Attorneys for Plaintiff**
**Anthony Fredianelli**

O'LEARY WOOD & ROBBINS, LLP

Dated: July 26, 2011

By:_____
B. Douglas Robbins
**Attorneys for Defendants**
**David Rawson and Zeisler, Zeisler,**
**Rawson & Johnson LLP**