B. Douglas Robbins (219413)
Cyndi K. Wong (244983)
O'LEARY WOOD & ROBBINS, LLP
One Post Street, Suite 800
San Francisco, CA 94104
T: (415) 247-7900
F: (415) 247-7901
drobbins@owrlaw.com

ATTORNEYS FOR DEFENDANTS
DAVID RAWSON AND ZEISLER, ZEISLER,
RAWSON & JOHNSON LLP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA,

OAKLAND DIVISION

| | |
|---|---|
| ANTHONY FREDIANELLI, an individual, <br><br> Plaintiff, <br><br> v. <br><br> STEPHAN JENKINS, an individual; BRADLEY HARGREAVES, an individual; THIRD EYE BLIND, INC., a California Corporation; 3EB TOURING, INC., a California Corporation; STEPHAN JENKINS PRODUCTIONS, INC., a California corporation; 3EB PUBLISHING, an unknown entity; THOMAS MANDELBAUM, an individual; HISCOCK & BARCLAY, LLP, a New York Limited Liability Partnership; DAVID RAWSON, an individual; ZEISLER, ZEISLER, RAWSON & JOHNSON LLP, a California Limited Liability Partnership; EMI BLACKWOOD MUSIC, INC., a Connecticut Corporation; and DOES 1-10, <br><br> Defendants. | Case No. C 11-03232 (DMR) <br><br> **STIPULATION FOR DEFENDANTS DAVID RAWSON AND ZEISLER, ZEISLER, RAWSON & JOHNSON TO FILE RESPONSIVE PLEADING** <br><br> Complaint Filed: February 22, 2011 |

1

1   Defendants DAVID RAWSON ("Rawson"), an individual, and ZEISLER, ZEISLER,
2   RAWSON & JOHNSON LLP ("ZZRJ"), a California Limited Liability Partnership, and Plaintiff
3   ANTHONY FREDIANELLI hereby stipulate to extend the date for Rawson and ZZRJ to file
4   pleadings responsive to the Complaint to August 22, 2011.

SO STIPULATED,

NEWMAN DUWORS LLP

Dated: July 26, 2011

By:_____
Derek A. Newman
**Attorneys for Plaintiff**
**Anthony Fredianelli**

O'LEARY WOOD & ROBBINS, LLP

*/s/ Douglas Ro*

Dated: July 26, 2011

By:_____
B. Douglas Robbins
**Attorneys for Defendants**
**David Rawson and Zeisler, Zeisler,**
**Rawson & Johnson LLP**

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Court

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]

STIPULATION
Case No. C 11-03232 (DMR)