**United States District Court**
For the Northern District of California

1

2

3                       UNITED STATES DISTRICT COURT

4                     NORTHERN DISTRICT OF CALIFORNIA

5    STEPHAN JENKINS, et al.,                    Case No. C11-0211 EMC

6              Plaintiffs,

7         v.

8    THOMAS IRVING MANDELBAUM, et al.,

9              Defendants.
     _____/
10   HISCOCK & BARCLAY, LLP, etc.,

11             Counter-Claimant,

12        v.

13   STEPHAN JENKINS, et al.,

14             Counter-Defendants.
     _____/
15   ANTHONY FREDIANELLI,                        and Related Case
                                                 Case No. C11-3232 EMC
16             Plaintiff,

17        v.

18   STEPHAN JENKINS, et al.,                    **CLERK'S NOTICE**

19             Defendants.
     _____/
20

21

22

23   TO ALL PARTIES AND COUNSEL OF RECORD:

24        YOU ARE NOTIFIED that for Case No. 11-3232 EMC,  a **CASE MANAGEMENT**

25   **CONFERENCE** is set for November 7, 2011 at 10:30 a.m. before District Judge Edward M. Chen

26   ///

27   ///

28   ///

in **Courtroom 5, 17ᵗʰ Floor**, 450 Golden Gate Avenue, San Francisco, California 94102.  A Joint

CMC Statement shall be filed by October 31, 2011.

Dated:   August 3, 2011                                FOR THE COURT,
                                                       Richard W. Wieking, Clerk

                                                       by:   _____
                                                             Betty Lee, Courtroom Deputy

**United States District Court**
For the Northern District of California

2