FARLEY J. NEUMAN, ESQUIRE - State Bar #100021
TOM PROUNTZOS, ESQUIRE - State Bar #209409
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendants, DAVID RAWSON and ZEISLER, ZEISLER, RAWSON & JOHNSON LLP

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FREDIANELLI,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHAN JENKINS, an individual; BRADLEY HARGREAVES, an individual; THIRD EYE BLIND, INC., a California corporation; 3EB TOURING INC., a California corporation; STEVEN JENKINS PRODUCTIONS, INC., a California corporation; 3EB PUBLISHING, an unknown entity; THOMAS MANDELBAUM, an individual; HISCOCK & BARCLAY, LLP, a New York limited liability partnership; DAVID RAWSON, an individual; ZEISLER, ZEISLER, RAWSON & JOHNSON LLP, a California limited liability partnership; EMI BLACKWOOD MUSIC, INC., a Connecticut corporation; and DOES 1-10,<br><br>Defendants. | Case No. C 11-03232 ~~DMR~~  EMC<br><br>**STIPULATION TO EXTEND DEFENDANTS DAVID RAWSON AND ZEISLER, ZEISLER, RAWSON & JOHNSON LLP'S DEADLINE TO ANSWER COMPLAINT**  ; ORDER |

Plaintiff ANTHONY FREDIANELLI and Defendants DAVID RAWSON and ZEISLER, ZEISLER, RAWSON & JOHNSON LLP hereby agree that Defendants DAVID

-1-

RAWSON and ZEISLER, ZEISLER, RAWSON & JOHNSON LLP shall have until August 29, 2011 to file and serve their answer to Plaintiffs' Complaint.  They further agree that this stipulation shall not affect any of the other deadlines in this matter.

DATED: August 17, 2011                         JENKINS GOODMAN NEUMAN
                                                                                                                                         & HAMILTON LLP

By:_____/s/_____
    TOM PROUNTZOS
    Attorneys for Defendants, DAVID
    RAWSON and ZEISLER, ZEISLER,
    RAWSON & JOHNSON LLP

DATED: August 17, 2011                         FOLEY BEZEK BEHLE & CURTIS, LLP

By:_____/s/_____
    JUSTIN P. KARCZAG
    Attorneys for Plaintiff ANTHONY
    FREDIANELLI

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED — Judge Edward M. Chen — United States District Court, Northern District of California (seal)*

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400