1  James J Corbelli (Cal. Bar No. 111338)
2  P.O. Box 2094
   Portola, California 96122
3  Telephone: (925) 984-8273
   Facsimile: (530) 831-4962
4
5  Attorney for Third Party Defendants
   Eric Godtland and
6  Eric Godtland Management, Inc.

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9
   ANTHONY FREDIANELLI,                    Case No. C 11-03232 EMC
10                    Plaintiff,
            vs.                             STIPULATION TO EXTEND TIME FOR
11                                          THIRD-PARTY DEFENDANTS ERIC
   STEPHAN JENKINS, et al.,                 GODTLAND AND ERIC GODTLAND
12                                          MANAGEMENT, INC. TO RESPOND TO
                      Defendants.           THIRD-PARTY COMPLAINT
13                                           ORDER
14

15

16

17 DAVID RAWSON, an individual, and
   ZEISLER, ZEISLER, RAWSON & JOHNSON
18 LLP, a California limited liability partnership,
19
                   Third Party Plaintiffs,
20         vs.

21 ERIC GODTLAND, an individual,
   ERIC GODTLAND MANAGEMENT, INC.,
22 a California corporation, and
   DOES 1-10,
23
                   Third-Party Defendants.
24

25

26
       Third-Party Plaintiffs DAVID RAWSON and ZEISLER, ZEISLER, RAWSON & JOHNSON
27

28

**STIPULATION EXTENDING TIME OF THIRD-PARTY DEFENDANTS TO RESPOND TO THIRD-PARTY COMPLAINT**
**CASE NO. C 11-03232 EMC**

1  LLP and Third-Party Defendants ERIC GODTLAND AND ERIC GODTLAND MANAGEMENT,
2  INC. hereby stipulate that Third-Party Defendants shall have until November 21, 2011 to answer or
3  otherwise respond to the Third Party Complaint.

6  DATED: October 20, 2011            _____/s/_____
                                      JAMES J. CORBELLI
7                                     Attorneys for Third-Party Defendants
                                      Eric Godtland and Eric
8                                     Godtland Management, Inc.

9  DATED: October __, 2011            JENKINS GOODMAN NEUMAN
                                      & HAMILTON LLP

12                                    By_____/s/_____
                                      TOM PROUNTZOS
13                                    Attorneys for Third-Party Plaintiffs
                                      DAVID RAWSON and ZEISLER, ZEISLER
14                                    RAWSON & JOHNSON LLP

16    IT IS SO ORDERED:

18    _____
      Edward M. Chen,
19    U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA