ABBEY, WEITZENBERG, WARREN & EMERY
MITCHELL B. GREENBERG, Esq., State Bar 114878
STEPHANIE WALKER, Esq., State Bar 252464
100 Stony Point Road, Suite 200
Post Office Box 1566
Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
Facsimile: 707-542-2589

Attorneys for Defendants
STEPHAN JENKINS, an Individual;
BRADLEY HARGREAVES, an Individual;
THIRD EYE BLIND, INC.; 3EB TOURING, INC.
STEPHAN JENKINS PRODUCTIONS, INC.;
3EB PUBLISHING and EMI BLACKWOOD MUSIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FREDIANELLI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STEPHAN JENKINS, et al.,<br><br>　　　　　Defendants. | Case No.: **C 11-03232 EMC**<br>Related Case No.: **CV-11-00211 EMC**<br><br>**STIPULATION AND [PR̶O̶P̶O̶S̶ED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　This Stipulation is entered into by and between all of the parties to the above action through their undersigned attorneys:

　　　WHEREAS, this case was transferred from the Central District of California to the Northern District of California by Order dated June 6, 2011; and

　　　WHEREAS, this case was reassigned to Judge Hon. Edward M. Chen by Order dated August 3, 2011;

-1-

WHEREAS, Judge Chen entered an Order on August 3, 2011 finding that this case is related to the case also pending before Judge Chen, *Stephan Jenkins, et al. v. Thomas Irving Mandelbaum*, et al. CV-11-0211 EMC ("The Jenkins v. Mandelbaum Case").

WHEREAS, the parties to this action agreed to mediate both this case and the Jenkins v. Mandelbaum Case before the Hon. Judge Scott Snowden (Ret.) of JAMS; and

WHEREAS, the two cases were mediated over a two-day period, July 12 and 13, 2011; and

WHEREAS, since the parties were still working on settlement at the conclusion of the second day of mediation, and jointly believed that additional time was needed to complete the mediation process and attempt to negotiate a global resolution of this action and The Jenkins v. Mandelbaum Case, the parties in each case requested that the Court continue the Case Management Conference; and

WHEREAS, the Court did continue the Case Management Conference in this action, per Order dated August 3, 2011, to November 7, 2011, which is the same date as the new Case Management Conference in The Jenkins v. Mandelbaum Case; and

WHEREAS, after the Case Management Conference was continued to November 7, 2011, both Plaintiff Anthony Fredianelli, and Defendants David Rawson and Zeisler, Zeisler, Rawson & Johnson, LLP, substituted out of this case their attorneys who had participated in the July mediation, for new attorneys. The parties are still working on settlement and have scheduled an additional mediation session in this case for November 16, 2011; and

WHEREAS, if for any reason this case does not settle through these mediation efforts, the parties agree that a trial date and discovery schedule will need to be set at the upcoming and continued Case Management Conference, since the

1 parties have not engaged in any formal discovery other than limited third party
2 document subpoenas, focusing, rather, on mediation of the case;
3     NOW THEREFORE, the parties jointly agree to continue the Case
4 Management Conference now set for November 7, 2011, for at least 90 days to a
5 date after January 30, 2012, and further agree that this stipulation shall extend the
6 date of filing of the Joint Case Management Statement to be filed in the above
7 stated Court pursuant to Local Rule 16-9 and FRCP 26(f), and continue the
8 mediation completion date for 90 days or until February 29, 2012.

                                  ABBEY, WEITZENBERG, WARREN
                                  & EMERY PC

Dated: October 27, 2011.     By:     /s/ Mitchell B. Greenberg
                                                Mitchell B. Greenberg
                                                *Attorneys for Defendants Stephan*
                                                *Jenkins, Bradley Hargreaves, Third*
                                                *Eye Blind, Inc., 3EB Touring, Inc.,*
                                                *Stephan Jenkins Productions, Inc.,*
                                                *3EB Publishing, and EMI Blackwood*
                                                *Music, Inc.*


                                  JENKINS, GOODMAN, NEUMAN &
                                  HAMILTON, LLP

Dated: October 27, 2011.     By:     /s/ Tom Prountzos
                                                Tom Prountzos
                                                *Attorneys for Defendants David*
                                                *Rawson and Zeisler, Zeilser*
                                                *Rawson & Johnson, LLP*

////

////

////

|   |   |
|---|---|
|   | FOLEY, BEZEK, BEHLE & CURTIS, LLP |
| Dated: October 27, 2011. | By: /s/ Roger N. Behle, Jr. |
|   | Roger N. Behle, Jr. |
|   | Justin P. Karczag |
|   | *Attorneys for Plaintiff Anthony Fredianelli* |
|   |   |
|   | MURPHY, PEARSON, BRADLEY & FEENEY |
| Dated: October 27, 2011. | By: /s/ James A. Murphy |
|   | James A. Murphy |
|   | *Attorneys for Defendant Hiscock & Barclay, LLP* |
|   |   |
|   | MOUND COTTON WOLLAN & GREENGRASS |
| Dated: October 27, 2011. | By: /s/ Sanjit Shah |
|   | Kenneth M. Labbate |
|   | Sanjit Shah |
|   | *Attorneys for Defendant Thomas I. Mandelbaum* |

### ATTESTATION OF CONCURRENCE

I, Mitchell B. Greenberg, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this

-4-

1  document has been obtained from Tom Prountzos, Roger Behle, Sanjit Shah and
2  James Murphy, the above signatories.

ABBEY, WEITZENBERG, WARREN &
&EMERY, PC

Dated: October 27, 2011.          By:      /s/ Mitchell B. Greenberg
                                         Mitchell B. Greenberg
                                         *Attorneys for Defendants Stephan
                                         Jenkins, Bradley Hargreaves, Third
                                         Eye Blind, Inc., 3EB Touring, Inc.,
                                         Stephan Jenkins Productions, Inc.,
                                         3EB Publishing, and EMI Blackwood
                                         Music, Inc.*

## [PROPOSED] ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.
CMC is reset from 11/7/11 to 3/9/12 at 10:30 a.m. A joint CMC Statement shall be filed by 3/2/12.

Dated:     10/31/11          .      _____
                                    Honorable Edward M. Chen
                                    Judge of the United States District Court
                                    Northern District of California

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050  Facsimile (707) 542-2589

## CERTIFICATE OF SERVICE

I, Mitchell B. Greenberg, attorney of record for defendants Stephan Jenkins, Bradley Hargreaves, Third Eye Blind, Inc., 3EB Touring, Inc., Stephan Jenkins Productions, Inc., 3 EB Publishing and EMI Blackwood Music, Inc., do hereby certify that on October 27, 2011, I electronically filed the foregoing **"STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE"** with the Clerk of the Court using the electronic case filing system, which will send notifications of this filing to all parties registered with the Court's electronic case filing system.

Dated: October 27, 2011.                ABBEY, WEITZENBERG, WARREN & EMERY

By: _____/s/ Mitchell B. Greenberg_____
　　　Mitchell B. Greenberg
　　Mitchell B. Greenberg
　　*Attorneys for Defendants Stephan Jenkins, Bradley Hargreaves, Third Eye Blind, Inc., 3EB Touring, Inc., Stephan Jenkins Productions, Inc., 3EB Publishing and EMI Blackwood Music, Inc.*