FARLEY J. NEUMAN, ESQUIRE - State Bar #100021
TOM PROUNTZOS, ESQUIRE - State Bar #209409
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendants and Third-Party Complainants DAVID RAWSON
and ZEISLER, ZEISLER, RAWSON & JOHNSON LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FREDIANELLI,<br><br>                    Plaintiff,<br><br>vs.<br><br>STEPHAN JENKINS et al.,<br><br>                    Defendants.<br>DAVID RAWSON et al.,<br><br>                    Third-Party Plaintiffs,<br><br>vs.<br><br>ERIC GODTLAND et al.,<br><br>                    Third-Party Defendants.<br>ERIC GODTLAND et al.,<br><br>                    Cross-Complainants,<br><br>vs.<br><br>STEPHAN JENKINS et al.,<br><br>                    Cross-Defendants. | Case No. C 11-03232 EMC<br><br>**STIPULATION FOR DISMISSAL OF CERTAIN CLAIMS** (as to Defs Zeisler, et al.)<br><br>**(F.R.C.P. Rule 41)**<br><br>**Hon. Edward M. Chen** |

WHEREAS Plaintiff ANTHONY FREDIANELLI filed his Complaint in this matter on February 22, 2011;

-1-
STIPULATION FOR DISMISSAL

WHEREAS Plaintiff seeks to simplify and focus the case by dropping his prior claims against Defendants ZEISLER, ZEISLER, RAWSON & JOHNSON LLP, DAVID RAWSON, and HISCOCK & BARCLAY, LLP *without prejudice*;

WHEREAS Plaintiff has determined that the Complaint should be amended to no longer include any claims against Defendants ZEISLER, ZEISLER, RAWSON & JOHNSON LLP, DAVID RAWSON, and HISCOCK & BARCLAY, LLP;

WHEREAS Defendants ZEISLER, ZEISLER, RAWSON & JOHNSON LLP, DAVID RAWSON, and HISCOCK & BARCLAY, LLP have consented to Plaintiff amending his complaint;

THEREFOR, the parties hereby stipulate through their counsel of record to an immediate dismissal *without prejudice* of the following:

- Plaintiff ANTHONY FREDIANELLI'S claims against Defendants ZEISLER, ZEISLER, RAWSON & JOHNSON LLP, DAVID RAWSON, and HISCOCK & BARCLAY, LLP; and

- Third-Party Plaintiffs ZEISLER, ZEISLER, RAWSON & JOHNSON LLP and DAVID RAWSON's Third-Party Complaint against Third-Party Defendants ERIC GODTLAND and ERIC GODTLAND MANAGEMENT, INC.

//

Jenkins Goodman
Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
(415) 705-0400

This Stipulation is effective immediately upon its execution by the parties herein.

CRONIN & CO., LTD.

Dated: August 2, 2012   By: /s/
Thomas C. Cronin
Attorneys for Plaintiff ANTHONY FREDIANELLI

ABBEY, WEITZENBERG, WARREN & EMERY

Dated: August 2, 2012   By: /s/
Mitchell B. Greenberg
Attorneys for STEPHAN JENKINS, BRADLEY HARGREAVES, THIRD EYE BLIND, INC., 3EB TOURING, INC., STEPHAN JENKINS PUBLISHING, INC. and EMI BLACKWOOD MUSIC, INC.

MURPHY, PEARSON, BRADLEY & FEENEY

Dated: August 2, 2012   By: /s/
James A. Murphy
Attorneys for HISCOCK & BARCLAY, LLP

MOUND COTTON WOLLAN & GREENGRASS

Dated: August 2, 2012   By: /s/
Sanjit Shah
Kenneth M. Labbate
Attorneys for THOMAS MANDELBAUM

JENKINS GOODMAN NEUMAN & HAMILTON LLP

Dated: August 2, 2012   By: /s/
Tom Prountzos
Attorneys for DAVID RAWSON and ZEISLER, ZEISLER, RAWSON & JOHNSON LLP

Dated: August 2, 2012   By: /s/
James Corbelli
Attorney for ERIC GODTLAND and ERIC GODTLAND MANAGEMENT, INC.

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-3-
STIPULATION FOR DISMISSAL

## ATTESTATION OF CONCURRENCE

I, Tom Prountzos, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from the above signatories.

DATED: August 2, 2012                                GOODMAN NEUMAN HAMILTON LLP


By: _____/s/_____
    TOM PROUNTZOS
    Attorneys for DAVID RAWSON and
    ZEISLER, ZEISLER, RAWSON &
    JOHNSON LLP

Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
(415) 705-0400