1 | CRONIN & CO., LTD.
2 | Thomas C. Cronin
 | 233 South Wacker Drive, Suite 2100
 | Chicago, Illinois 60606
3 | 312.201.7100 (o)
 | 312.201-7101 (f)
4 |
5 | Attorneys for Plaintiff
 | ANTHONY FREDIANELLI
6 |
7 | UNITED STATES DISTRICT COURT
8 | NORTHERN DISTRICT OF CALIFORNIA
9 |
10 | ANTHONY FREDIANELLI,
11 |     Plaintiff,
12 | vs.
13 | STEPHAN JENKINS et al.,
14 |     Defendants.
15 | DAVID RAWSON et al.,
16 |     Third-Party Plaintiffs,
17 | vs.
18 | ERIC GODTLAND et al.,
19 |     Third-Party Defendants.
20 | ERIC GODTLAND et al.,
21 |     Third-Party Plaintiffs,
22 | vs.
23 | STEPHAN JENKINS et al.,
24 |     Third-Party Defendants.

Case No. C 11-03232 EMC

**STIPULATION FOR DISMISSAL OF CERTAIN CLAIMS** ; ORDER

**(F.R.C.P. Rule 41)**

**Hon. Edward M. Chen**

26     WHEREAS Plaintiff ANTHONY FREDIANELLI filed his Complaint in this
27 matter on February 22, 2011;
28

-1-

**STIPULATION FOR DISMISSAL**

WHEREAS Plaintiff seeks to simplify and focus the case by discontinuing his prior claims against Defendant THOMAS MANDELBAUM;

WHEREAS Plaintiff has determined that the Complaint should be amended to discontinue his claims against Defendant THOMAS MANDELBAUM ***without prejudice***;

WHEREAS Defendant THOMAS MANDELBAUM has consented to Plaintiff amending his complaint;

THEREFORE, the parties hereby stipulate through their counsel of record to an immediate dismissal without prejudice of the following:

- Plaintiff ANTHONY FREDIANELLI'S claims against Defendant THOMAS MANDELBAUM.

This Stipulation is effective immediately upon its execution by the parties herein.

CRONIN & CO., LTD.

Dated: August 8, 2012      By: _____/s/_____
Thomas C. Cronin
Attorneys for Plaintiff ANTHONY FREDIANELLI

ABBEY, WEITZENBERG, WARREN & EMERY

Dated: August 8, 2012      By: _____/s/_____
Mitchell B. Greenberg
Attorneys for STEPHAN JENKINS, BRADLEY HARGREAVES, THIRD EYE BLIND, INC., 3EB TOURING, INC., STEPHAN JENKINS PUBLISHING, INC. and EMI BLACKWOOD MUSIC, INC.

MOUND COTTON WOLLAN & GREENGRASS

1
2  Dated: August 8, 2012            By:    _____
3                                          Kenneth M. Labbate
                                           Sanjit Shah
4                                          Attorneys for THOMAS MANDELBAUM
5
6  Dated: August 8, 2012            By:    _____/s/_____
                                           James Corbelli
7                                          Attorney for ERIC GODTLAND and ERIC
                                           GODTLAND MANAGEMENT, INC.
8
9    IT IS SO ORDERED:
10
11   _____
     Edward M. Chen
12   U.S. District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-
**STIPULATION FOR DISMISSAL**

**ATTESTATION OF CONCURRENCE**

I, Thomas C. Cronin, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from the above signatories.

Dated:     August 8, 2012              Respectfully submitted,


                                       /s/ Thomas C. Cronin_____

                                       Thomas C. Cronin, State Bar No. 200754
                                       Leland W. Hutchinson
                                       CRONIN & CO., LTD.
                                       233 South Wacker Drive, Ste 2100
                                       Chicago, Illinois 60606
                                       Telephone: (312) 201-7100
                                       Facsimile: (312) 201-7101