**IN THE UNITED STATES DISTRICT COURT,**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

ANTHONY FREDIANELLI, *et al.*,

Plaintiff,

v.

STEPHEN JENKINS, *et al.*,

Defendants.

CASE NO: 11-CV-03232-EMC

**~~PROPOSED~~ ORDER** (Denied)

Date: September 28, 2012
Time: 1:30 pm
Judge: Hon. Edward M. Chen

This matter is before the Court pursuant to the Request of the Plaintiff in the above-captioned matter to appear by telephone for the Motion to Withdraw as Plaintiff's Counsel scheduled for September 28, 2012 at 1:30 pm.

Having read and considered the Plaintiff's Request, it is hereby **ORDERED**:

1. Plaintiff's request is G~~RANTED. Plaintiff and Plaintiff's counsel may be app~~ear ~~telephonically for the Motion to Withdraw as Plaintiff's Counsel scheduled for September 28, 2012 at 1:30 pm.~~ DENIED. Mr. Cronin and Mr. Fredianelli must appear in person on 9/28/12 at 1:30 p.m.

Dated this 26th day of September, 2012.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DENIED

Judge Edward M. Chen

Honorable Edward M. Chen
United States District Judge