UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FREDIANELLI,<br><br>        Plaintiff,<br><br>    v.<br><br>STEPHAN JENKINS, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-11-3232 EMC<br><br>**ORDER TO SHOW CAUSE** |

Eric Godtland and Eric Godtland Management, Inc. ("EGM") have filed a motion for leave to amend which is currently set for hearing on December 14, 2012. However, before the merits of that motion may be considered, the Godtland Cross-Complainants should address whether it is appropriate for them to even continue with their cross-complaint in light of the fact that the accountants (*i.e.*, David Rawon and the Zeisler firm) have dropped their claims against the Godtland Cross-Complainants. *See* Docket No. 142 (stipulation and order dismissing, *inter alia*, the accountants' claims against Mr. Godtland and EGM).

///
///
///
///
///

Accordingly, the Court hereby orders the Godtland Cross-Complainants to show cause as to why their cross-complaint should not be dismissed based on, *e.g.*, ripeness and/or mootness grounds. A response to this order shall be filed by **noon of December 5, 2012**.

IT IS SO ORDERED.

Dated: November 28, 2012

_____
EDWARD M. CHEN
United States District Judge