ABBEY, WEITZENBERG, WARREN & EMERY
MITCHELL B. GREENBERG, Esq., State Bar 114878
STEPHANIE WALKER, Esq., State Bar 252464
100 Stony Point Road, Suite 200
Post Office Box 1566
Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
Facsimile: 707-542-2589

Attorneys for Defendants
STEPHAN JENKINS, an Individual;
BRADLEY HARGREAVES, an Individual;
THIRD EYE BLIND, INC.; 3EB TOURING, INC.
and STEPHAN JENKINS PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FREDIANELLI, et al., <br><br> Plaintiff, <br><br> v. <br><br> STEPHAN JENKINS, et al., <br><br> Defendants. <br><br> ERIC GODTLAND, an Individual, ERIC GODTLAND MANAGEMENT, INC., a California Corporation, <br><br> Counter-Complainants, <br><br> v. <br><br> STEPHAN JENKINS, et al., <br><br> Cross-Defendants. | No.: **C11-03232 EMC** <br><br> **STIPULATION RE CROSS-COMPLAINANTS' MOTION FOR LEAVE TO FILE AMENDED CROSS-COMPLAINT AND CROSS-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO CROSS-COMPLAINANTS; [P~~ROPOS~~ED] ORDER** <br><br> Status Conference reset from 12/14/12 to 1/24/13 at 1:30 p.m. |

This Stipulation is entered into by and between Cross-Complainants Eric Godtland and

Eric Godtland Management, Inc. and Cross-Defendants Stephan Jenkins, Bradley Hargreaves,

- 1 -

Third Eye Blind, Inc., 3EB Touring , Inc. and Stephan Jenkins Productions, Inc. through their respective attorneys.

WHEREAS Cross-Complainants and Cross-Defendants have, with the assistance of Magistrate Judge Corley, agreed in principle to a settlement of their disputes, subject to execution of a mutually agreeable written agreement;

WHEREAS Cross-Complainants' Motion for Leave to File First Amended Cross-Complaint has been fully briefed and is set for hearing December 14, 2012;

WHEREAS Cross-Defendants' Motion For Summary Judgment or Partial Summary Judgment is scheduled for hearing January 3, 2013, but neither the opposition nor the reply briefs were filed because of the tentative settlement; and

WHEREAS Cross-Complainants and Cross-Defendants wish to minimize the expense of this litigation to the extent possible and to avoid unnecessary use of Court resources;

NOW THEREFORE, Cross-Complainants and Cross-Defendants jointly request that the Court order the following:

1. Cross-Complainants' motion for leave to file a first amended Cross-Complaint, presently set for hearing December 14, 2012 at 1:30 p.m., shall be taken off calendar.

2. Cross-Defendants' motion for summary judgment as to the Cross-Complaint only, presently set for hearing January 3, 2013, shall be taken off calendar. This order shall not affect the hearing on the Defendants' motion for summary judgment as to Plaintiffs' claims, also set for hearing on January 3, 2012.

3. In the event that the tentative settlement between Cross-Complainants and Cross-Defendants has not been finalized by December 21, 2012 the hearings on both motions shall be rescheduled for January ~~25~~ 24, 2013, with Cross-Complainants' opposition to Cross-Defendants' Motion for Summary Judgment due January 4, 2013 and Cross-Defendants' reply due January 11, 2013.

4. The parties also stipulate to have the Court hear the status conference in this matter at 10:30 a.m. on December 14, 2012, rather than at 2:30 p.m. This request is based on the calendar conflict for Mitchell B. Greenberg, counsel for Stephan Jenkins and the Third Eye Blind

entities, in *In Re Benyam & Paula Mulugeta*, U.S. Bankruptcy Court, San Jose Division, action number 09-51900 ASW, in which the court has pending a motion to dismiss brought by Mr. Greenberg's client, Secured Creditor, Sterling Savings Bank, which is set for hearing on December 14, 2012 at 2:30 p.m. in San Jose. Plaintiff Anthony Fredianelli has not responded to a request that he stipulate to this change in time for the status conference from 2:30 p.m. to 10:30 a.m. The parties further stipulate, and request that Mr. Corbelli, on behalf of Cross-Complainants Eric Godtland and Eric Godtland Management, Inc., can appear at the December 14, 2012 status conference telephonically through Court Call.

Dated: December 10, 2012          /s/ James J. Corbelli
                                   JAMES J. CORBELLI
                                   Attorney for Cross-Complainants
                                   ERIC GODTLAND and ERIC
                                   GODTLAND MANAGEMENT, INC.

Dated: December 10, 2012          ABBEY, WEITZENBERG, WARREN EMERY

                                   By:   /s/ Mitchell B. Greenberg
                                         MITCHELL B. GREENBERG
                                         Attorneys for Cross-Defendants
                                         STEPHAN JENKINS, THIRD EYE BLIND,
                                         INC., 3EB TOURING, INC. and STEPHAN
                                         JENKINS PRODUCTIONS, INC.

### ATTESTATION OF CONCURRENCE

I, Mitchell B. Greenberg, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from James Corbelli, the above signatory.

Dated: December 10, 2012          ABBEY, WEITZENBERG, WARREN & EMERY

                                   By:   /s/ Mitchell B. Greenberg
                                         MITCHELL B. GREENBERG
                                         Attorneys for Cross-Defendants
                                         STEPHAN JENKINS, THIRD EYE BLIND,
                                         INC., 3EB TOURING, INC. and STEPHAN
                                         JENKINS PRODUCTIONS, INC.

- 3 -

STIPULATION RE CROSS-COMPLAINANTS' MOTION FOR LEAVE TO FILE AMENDED CROSS-COMPLAINT AND CROSS-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO CROSS-COMPLAINANTS; [PROPOSED] ORDER

**[PROPOSED] ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED. (as modified)
The Status Conference is reset from 12/14/12 at 2:30 p.m. to 1/24/13 at 1:30 p.m. An updated joint CMC statement shall be filed by 1/17/12.

Dated: December __10__, 2012

_____
Hon. Edward M. Chen
Judge of the United States District Court
Northern District of California



- 4 -

STIPULATION RE CROSS-COMPLAINANTS' MOTION FOR LEAVE TO FILE AMENDED CROSS-COMPLAINT AND CROSS-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO CROSS-COMPLAINANTS; [PROPOSED] ORDER

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050  Facsimile (707) 542-2589

# CERTIFICATE OF SERVICE

I, Mitchell B. Greenberg, attorney of record for defendants Stephan Jenkins, Bradley Hargreaves, Third Eye Blind, Inc., 3EB Touring, Inc., Stephan Jenkins Publishing, Inc., do hereby certify that on December 10, 2012, I electronically filed the foregoing **"STIPULATION RE CROSS-COMPLAINANTS' MOTION FOR LEAVE TO FILE AMENDED CROSS-COMPLAINT AND CROSS-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO CROSS-COMPLAINANTS; [PROPOSED] ORDER"** with the Clerk of the Court using the electronic case filing system, which will send notifications of this filing to all parties registered with the Court's electronic case filing system.

Dated: December 10, 2012.

                          ABBEY, WEITZENBERG, WARREN & EMERY

                          By:     /s/ Mitchell B. Greenberg
                                  Mitchell B. Greenberg
                                  Attorneys for Defendants

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589