James J. Corbelli (Cal. Bar No. 111338)
P.O. Box 2094
Portola, California 96122
Telephone: (925) 984-8273
Facsimile:  (530) 831-4962

Attorney for Cross-Complainants
Eric Godtland and
Eric Godtland Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FREDIANELLI,<br>          Plaintiff,<br>vs.<br>STEPHAN JENKINS, et al.,<br>          Defendants. | Case No. C 11-03232 EMC<br><br>**STIPULATION AND REQUEST FOR DISMISSAL OF CROSS-COMPLAINT**<br><br>**[FRCP 41]** |
| ERIC GODTLAND, an individual, and ERIC GODTLAND MANAGEMENT, INC., a California corporation, ,<br>          Cross-Complainants,<br>     vs.<br>STEPHAN JENKINS, an individual; BRADLEY HARGREAVES, an individual; THIRD EYE BLIND, INC., a California corporation; 3EB TOURING, INC., a California corporation; STEPHAN JENKINS PRODUCTIONS, INC., a California corporation; and DOES 1-10,<br>          Cross-Defendants. | |

1  Cross-Complainants ERIC GODTLAND and ERIC GODTLAND MANAGEMENT, INC.
2  and Cross-Defendants STEPHAN JENKINS, BRADLEY HARGREAVES, THIRD EYE BLIND,
3  INC., 3EB TOURING, INC. AND STEPHAN JENKINS PRODUCTIONS, INC. ("SJP"), by and
4  through their respective counsel, hereby stipulate and jointly request that the Cross-Complaint filed
5  by Cross-Complainants in this action be dismissed in its entirety, with the parties to bear their own
6  costs and expenses of litigation, including attorneys' fees.

ABBEY, WEITZENBERG, WARREN & EMERY

Dated: April 1, 2013        By: _____/s/_____
                                Mitchell B. Greenberg
                                Stephanie Walker
                                *Attorneys Cross-Defendants*

Dated: March 27, 2013       _____/s/_____
                                JAMES J. CORBELLI
                                *Attorney for Cross-Complainants*

**SO ORDERED.**

Dated: __April1 16__, 2013

IT IS SO ORDERED

Judge Edward M. Chen
United States District Judge

## ATTESTATION OF CONCURRENCE

I, James J. Corbelli, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from the above signatories.

Dated: March 27, 2013

                                                              _____/s/_____
                                                              JAMES J. CORBELLI
                                                              Attorneys for Third-Party Defendants
                                                              And Cross-Complainants
                                                             Eric Godtland and Eric
                                                             Godtland Management, Inc.