JOSEPH W. SINGLETON, ESQ.
5950 CANOGA AVE. SUITE 130
WOODLAND HILLS, CALIFORNIA 91367
TELEPHONE: (818) 999-1950
FACSIMILE: (818) 999-1955
JOESINGLETON.ESQ@VERIZON.NET

May 3, 2013

The Honorable Edward M. Chen
U.S. District Court, Northern District
450 Golden Gate Avenue
San Francisco, CA  94102-3483

     Re:    Fredianelli v. Jenkins, et al.
                Case No. C 11-03232 EMC

Dear Judge Chen:

     The parties jointly send this letter in compliance with your April 26, 2013 Order requesting that the parties report to the Court no later than May 3, 2013 whether they wish to engage in further ADR.

     The parties do not wish to engage in further, formal ADR procedures.  The parties have already availed themselves of Mediation and Mandatory Settlement Conference procedures and are currently discussing the pursuit of settlement negotiations outside of the formal ADR process.

                                                     Very truly yours,

                                                      __/s/ Joseph Singleton__
                                                      Joseph Singleton
                                                      Counsel for Plaintiff

                                                      __/s/ Mitchell B. Greenberg__
                                                      Mitchell B. Greenberg
                                                      Counsel for Defendants

**ATTESTATION OF CONCURRENCE**

     I, Joseph Singleton, as the ECF user and filer of this document, attest that pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained by the above signatories.

                                                      __/s/ Joseph Singleton__
                                                      Joseph Singleton
                                                      Counsel for Plaintiff