ABBEY, WEITZENBERG, WARREN & EMERY
MITCHELL B. GREENBERG, Esq., State Bar 114878
STEPHANIE WALKER, Esq., State Bar 252464
100 Stony Point Road, Suite 200
Post Office Box 1566
Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
Facsimile: 707-542-2589

Attorneys for Defendants and Counterclaimants
STEPHAN JENKINS, an Individual;
BRADLEY HARGRAEAVES, an Individual;
STEPHAN JENKINS PUBLISHING, INC.;
3EB TOURING, INC.; AND
THIRD EYE BLIND, INC.

**UNITED STATES DISTRICT COURT,**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY FREDIANELLI,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STEPHAN JENKINS, et al.,<br><br>　　　　　　Defendants. | Case No.: **C 11-03232 EMC**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING DATE ON MOTIONS IN LIMINE** (Modified)<br><br>**The Honorable Edward M. Chen** |
| STEPHAN JENKINS, an Individual;<br>3EB TOURING, INC., a California Corporation;<br>THIRD EYE BLIND, INC., a California Corporation; and<br>STEPHAN JENKINS PRODUCTIONS, INC., a California Corporation,<br><br>　　　　　　Defendant/Counterclaimants,<br><br>　v.<br><br>ANTHONY FREDIANELLI, an Individual,<br><br>　　　　　　Plaintiff/Counterdefendant. | |

This Court's February 2, 2013 First Amended Case Management and Pretrial Order for a Jury Trial ("Court Order") provides that Motions in Limine are to be served at least 32 days before the September 24, 2013 Final Pretrial Conference, or by August 23, and that oppositions to said Motions are to be served at least 25 days before said conference, or by August 30. The Court Order further provides that any Motions in Limine (both moving and opposition papers) are to be filed with the Court at least 21 days prior to the Final Pretrial Conference, or by September 3, 2013. Thus, in accordance with the Court Order, the Motions in Limine must be served no later than August 23, 2013 and filed no later than September 3, 2013.

Counsel for plaintiff and defendant have met and conferred with regard to multiple Pretrial Conference issues. Counsel have agreed to exchange proposed trial exhibits by August 26, 2013, which date is after the August 23, 2013 date to file Motions in Limine. The parties need until August 26 to exchange documents as there is a considerable volume of financial records to review in this case and analyze for purposes of determining what documents should be advanced as trial exhibits. The decision as to whether or not any Motions in Limine are going to be filed by the parties is dependent in large part upon the documents the parties intend to introduce. In light of the time frame in which the parties have agreed to exchange documents, the parties request that the Court modify its Court Order to provide that Motions in Limine (both moving papers and opposition papers) can be filed no later than September 10, 2013.

**IT IS SO STIPULATED.**

Dated: August 12, 2013.    ABBEY, WEITZENBERG, WARREN & EMERY

By: /s/ Mitchell B. Greenberg
Mitchell B. Greenberg,
Attorneys for Defendants
STEPHAN JENKINS, an Individual;
BRADLEY HARGRAEAVES, an Individual; STEPHAN JENKINS PUBLISHING, INC.; 3EB TOURING, INC.; AND THIRD EYE BLIND, INC.

/ / / /
/ / / /

-2-
STIPULATION AND [PROPOSED] ORDER REGARDING FILING DATE ON MOTIONS IN LIMINE

Dated: August 12, 2013.   JOSEPH W. SINGLETON, ESQ.

By: /s/ Joseph W. Singleton
Joseph W. Singleton,
Attorneys for Plaintiff
ANTHONY FREDIANELLI

**ATTESTATION OF CONCURRENCE**

I, Mitchell Greenberg, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from the above signatories.

Dated: August 12, 2013   ABBEY, WEITZENBERG, WARREN & EMERY

By: /s/ Mitchell B. Greenberg
Mitchell B. Greenberg,
Attorneys for Defendants
STEPHAN JENKINS, an Individual;
BRADLEY HARGRAEAVES, an Individual; STEPHAN JENKINS PUBLISHING, INC.; 3EB TOURING, INC.; AND THIRD EYE BLIND, INC.

In accordance with the Stipulation above, **IT IS HEREBY ORDERED THAT** Motions in Limine in this case (both moving papers and oppositions together) may be filed with the Court no later that September ~~10, 2013~~ 9, 2013 by 9:00 a.m.

Dated: 8/13, 2013.

U.S. DISTRICT COURT JUDGE

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER REGARDING FILING DATE ON MOTIONS IN LIMINE

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

## CERTIFICATE OF SERVICE

I, Mitchell B. Greenberg, attorney of record for defendants Stephan Jenkins, Bradley Hargreaves, Third Eye Blind, Inc., 3EB Touring, Inc., and Stephan Jenkins Productions, Inc., do hereby certify that on August 12, 2013, I electronically filed the **"STIPULATION AND [PROPOSED] ORDER REGARDING FILING DATE ON MOTIONS IN LIMINE"** with the Clerk of the Court using the electronic case filing system, which will send notifications of this filing to all parties registered with the Court's electronic case filing system.

Dated: August 12, 2013.

ABBEY, WEITZENBERG, WARREN & EMERY

By: _____/s/ Mitchell B. Greenberg_____
Mitchell B. Greenberg
Attorneys for Defendants and Counerclaimants