1  JOSEPH W. SINGLETON (State Bar No. 209862)
   LAW OFFICES OF JOSEPH W. SINGLETON
2  5950 CANOGA AVE., SUITE 130
   WOODLAND HILLS, CALIFORNIA 91367
3  (818) 999-1950; FAX (818) 999-1955

4
   Attorneys for Plaintiff,
5  Anthony Fredianelli

# UNITED STATES DISTRICT COURT,

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FREDIANELLI,<br><br>                   Plaintiff,<br><br>v.<br><br>STEPHAN JENKINS, et al.,<br><br>                   Defendants. | Case No.: **C 11-03232 EMC**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING DATE ON MOTIONS IN LIMINE**<br><br>**The Honorable Edward M. Chen** |
| STEPHAN JENKINS, an Individual; 3EB TOURING, INC., a California Corporation; THIRD EYE BLIND, INC., a California Corporation; and STEPHAN JENKINS PRODUCTIONS, INC., a California Corporation,<br><br>                   Defendant/Counterclaimants,<br><br>v.<br><br>ANTHONY FREDIANELLI, an Individual,<br><br>                   Plaintiff/Counterdefendant. | |

On August 12, 2013, This Court entered an order requiring Defendants and Plaintiff to file any Motions in Limine and Oppositions thereto by no later than 9:00 a.m. on September 9, 2013.

-2-

As the result of a calendaring on behalf of Plaintiff's counsel, Plaintiff's Opposition was not ready for filing at 9:00 a.m. on September 9, 2013 but ready by the end of September 9, 2013. Defendants filed their Motions in Limine on the morning of September 9, 2013, without any Opposition provided by Plaintiff. Accordingly, the parties request that the Court modify its Court Order to provide that Motions in Limine and the Oppositions thereto be filed by September 9, 2013.

**IT IS SO STIPULATED.**

Dated: September 9, 2013.        JOSEPH W. SINGLETON, ESQ.

                                           By: ___/s/ Joseph W. Singleton___
                                                  Joseph W. Singleton,
                                                  Attorneys for Plaintiff
                                                  ANTHONY FREDIANELLI

Dated: September 9, 2013.        ABBEY, WEITZENBERG, WARREN & EMERY

                                           By: ___/s/ Stephanie L. Walker___
                                                  Mitchell B. Greenberg
                                                  Stephanie L. Walker
                                                  Attorneys for Defendants
                                                  STEPHAN JENKINS, an Individual;
                                                  BRADLEY HARGRAEAVES, an
                                                  Individual; STEPHAN JENKINS
                                                  PUBLISHING, INC.; 3EB TOURING, INC.;
                                                  AND THIRD EYE BLIND, INC.

/ / / /

/ / / /

/ / / /

## ATTESTATION OF CONCURRENCE

I, Joseph W. Singleton, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from the above signatories.

Dated: September 9, 2013.   JOSEPH W. SINGLETON, ESQ.

By: _____
Joseph W. Singleton,
Attorneys for Plaintiff
ANTHONY FREDIANELLI

In accordance with the Stipulation above, **IT IS HEREBY ORDERED THAT** Motions in Limine in this case (both moving papers and oppositions together) ~~may~~ must be filed with the Court ~~no later than September 09, 2013~~. immediately.

Dated: September 9, 2013.   _____
U.S. DISTRICT COURT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen