ABBEY, WEITZENBERG, WARREN & EMERY
MITCHELL B. GREENBERG, Esq., State Bar 114878
STEPHANIE WALKER, Esq., State Bar 252464
100 Stony Point Road, Suite 200
Post Office Box 1566
Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
Facsimile: 707-542-2589

Attorneys for Defendants and Counterclaimants
STEPHAN JENKINS, an Individual;
BRADLEY HARGREAVES, an Individual;
STEPHAN JENKINS PRODUCTIONS, INC.;
3EB TOURING, INC. ;
AND THIRD EYE BLIND, INC.

# UNITED STATES DISTRICT COURT,

## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY FREDIANELLI,<br><br>             Plaintiff,<br><br>v.<br><br>STEPHAN JENKINS, et al.,<br><br>             Defendants. | Case No.: **C 11-03232 EMC**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF AMENDED TRIAL EXHIBIT LIST AND WITNESS LIST**<br><br>The Honorable Edward M. Chen |
| STEPHAN JENKINS, an Individual;<br>3EB TOURING, INC., a California Corporation;<br>THIRD EYE BLIND, INC., a California Corporation; and<br>STEPHAN JENKINS PRODUCTIONS, INC., a California Corporation,<br><br>             Defendant/Counterclaimants,<br><br>v.<br><br>ANTHONY FREDIANELLI, an Individual,<br><br>             Plaintiff/Counterdefendant. | |

-1-

STIPULATION AND [PROPOSED] ORDER RE: FILING OF AMENDED TRIAL EXHIBIT LIST AND WITNESS LIST

Plaintiff Anthony Fredianelli and Defendants, through their respective counsel of record, do hereby stipulate as follows:

Given the lack of formal discovery conducted in this matter prior to trial, the parties stipulate that Defendants may amend Appendix A [Joint Witness List] to the Joint Pretrial Statement to include Richard Idell. The Amended Appendix A will include the following language: "Richard Idell – Mr. Idell represented Plaintiff, Mr. Hargreaves and Mr. Jenkins in the underlying state court Godtland litigation and will testify regarding his representation of the Band, including Plaintiff, in that action, as well as the impact on the litigation of Plaintiff's substitution of attorneys in late 2009. Estimated time of testimony – 1 hour." The parties further stipulate that Defendants may amend Appendix B [Joint Exhibit List] to the Joint Pretrial Statement to include as Exhibit 396 an email chain between Darlene Johnson, David Rawson, Tim Mandelbaum, and Stephan Jenkins.

IT IS SO STIPULATED.

Dated: September 19, 2013.    ABBEY, WEITZENBERG, WARREN & EMERY

By: ___/s/ Stephanie L. Walker___
Mitchell B. Greenberg,
Attorneys for Defendants
STEPHAN JENKINS, an Individual;
BRADLEY HARGREAVES, an Individual;
THIRD EYE BLIND, INC.;
3EB TOURING, INC.
STEPHAN JENKINS PRODUCTIONS, INC.; and
3EB PUBLISHING

Dated: September 19, 2013.    JOSEPH W. SINGLETON, ESQ.

By: ___/s/ Joseph W. Singleton___
Attorney for Plaintiff
ANTHONY FREDIANELLI

STIPULATION AND [PROPOSED] ORDER RE: FILING OF AMENDED TRIAL EXHIBIT LIST AND WITNESS LIST

## ATTESTATION OF CONCURRENCE

I, Stephanie L. Walker, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from the above signatories.

Dated: September 19, 2013.    ABBEY, WEITZENBERG, WARREN & EMERY

By: _____/s/ Stephanie L. Walker_____
Stephanie L. Walker,
Attorneys for Defendants
STEPHAN JENKINS, an Individual;
BRADLEY HARGREAVES, an Individual;
THIRD EYE BLIND, INC.;
3EB TOURING, INC.
STEPHAN JENKINS PRODUCTIONS, INC.; and
3EB PUBLISHING

## [PROPOSED] ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS HEREBY ORDERED that Defendants file amended copies of Exhibits A and B to the Joint Pretrial Statement ~~no later than September ___, 2013.~~ immediately and shall deliver two sets to Judge Chen's chambers as soon as possible.

IT IS SO ORDERED.

Dated: 9/20/13 _____
Hon. Edward M. Chen
Judge of the United States District Court
Northern District of California



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER RE: FILING OF AMENDED TRIAL EXHIBIT LIST AND WITNESS LIST

**CERTIFICATE OF SERVICE**

I, Stephanie L. Walker, attorney of record for defendants Stephan Jenkins, Bradley Hargreaves, Third Eye Blind, Inc., 3EB Touring, Inc., and Stephan Jenkins Productions, Inc., do hereby certify that on September 19, 2013, I electronically filed the **"STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF AMENDED TRIAL EXHIBIT LIST AND WITNESS LIST"** with the Clerk of the Court using the electronic case filing system, which will send notifications of this filing to all parties registered with the Court's electronic case filing system.

Dated: September 19, 2013.

                ABBEY, WEITZENBERG, WARREN & EMERY

                By: _____/s/ Stephanie L. Walker_____
                          Stephanie L. Walker
                          Attorneys for Defendants and Counterclaimants

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile: (707) 542-2589