ABBEY, WEITZENBERG, WARREN & EMERY
MITCHELL B. GREENBERG, Esq., State Bar 114878
STEPHANIE WALKER, Esq., State Bar 252464
100 Stony Point Road, Suite 200
Post Office Box 1566
Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
Facsimile: 707-542-2589

Attorneys for Defendants
STEPHAN JENKINS, an Individual;
BRADLEY HARGREAVES, an Individual;
THIRD EYE BLIND, INC.; 3EB TOURING, INC. AND
STEPHAN JENKINS PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FREDIANELLI,<br><br>PLAINTIFF,<br><br>V.<br><br>STEPHAN JENKINS, ET AL.<br><br>DEFENDANTS. | Case No.: C 11-03232 EMC<br><br>[PROPOSED] ORDER ALLOWING DEFENDANTS TO BRING EQUIPMENT INTO COURTROOM<br><br>Trial Date: October 7, 2013<br>Dept.: 5 – 17th Floor<br>The Honorable Edward M. Chen |
| STEPHAN JENKINS, AN INDIVIDUAL;<br>3EB TOURING, INC., A CALIFORNIA CORPORATION;<br>THIRD EYE BLIND, INC., A CALIFORNIA CORPORATION; AND<br>STEPHAN JENKINS PRODUCTIONS, INC., A CALIFORNIA CORPORATION,<br><br>DEFENDANT/COUNTERCLAIMANTS,<br><br>V.<br><br>ANTHONY FREDIANELLI, AN INDIVIDUAL,<br><br>PLAINTIFF/COUNTERDEFENDANT. | |

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

-1-

[PROPOSED] ORDER ALLOWING DEFENDANTS TO BRING EQUIPMENT INTO COURTROOM

As the above-captioned case is set to begin trial on October 7, 2013 at 8:30 a.m. in Department 5 of this Court, Defendants Stephan Jenkins, Bradley Hargreaves, Third Eye Blind, Inc., 3EB Touring, Inc., and Stephan Jenkins Productions, Inc. have requested leave to bring the following equipment and/or materials into the building and courtroom for use in that trial:

(1) A laptop computer;

(2) An easel; and

(3) Large poster boards.

The Court, having considered Defendants' request, orders as follows:

**IT IS HEREBY ORDERED THAT** Defendants Stephan Jenkins, Bradley Hargreaves, Third Eye Blind, Inc., 3EB Touring, Inc., and Stephan Jenkins Productions, Inc. are granted leave to bring a laptop computer, easel, and large poster boards into Department 5 of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, 94102 for use in trial.

**IT IS SO ORDERED.**

Dated: 10/3/13 _____



GRANTED
Judge Edward M. Chen

[PROPOSED] ORDER ALLOWING DEFENDANTS TO BRING EQUIPMENT INTO COURTROOM

# CERTIFICATE OF SERVICE

I, Stephanie L. Walker, attorney of record for defendants Stephan Jenkins, Bradley Hargreaves, Third Eye Blind, Inc., 3EB Touring, Inc., and Stephan Jenkins Productions, Inc., do hereby certify that on October 3, 2013, I electronically filed the **"[PROPOSED] ORDER ALLOWING DEFENDANTS TO BRING EQUIPMENT INTO COURTROOM"** " with the Clerk of the Court using the electronic case filing system, which will send notifications of this filing to all parties registered with the Court's electronic case filing system.

Dated: October 3, 2013.

ABBEY, WEITZENBERG, WARREN & EMERY

By: ____/s/ Stephanie L. Walker____
      Stephanie L. Walker
      Attorneys for Defendants and Counterclaimants