UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FREDIANELLI, | No. C-11-3232 EMC |
| Plaintiff, | |
| v. | **ORDER RE COURT'S PROPOSED VERDICT FORM** |
| STEPHAN JENKINS, *et al.*, | |
| Defendants. | |
| _____/ | |

The Court proposes the following verdict form. The parties are directed to file any objections by **8:00 a.m.**, October 18, 2013.

IT IS SO ORDERED.

Dated: October 17, 2013

_____
EDWARD M. CHEN
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FREDIANELLI, | No. C-11-3232 EMC |
| Plaintiff, | |
| v. | **VERDICT FORM** |
| STEPHAN JENKINS, *et al.*, | |
| Defendants. | |
| _____/ | |

**Question No. 1**

Has Plaintiff proven, by a preponderance of the evidence, that any of the following Defendants breached the oral contract with Plaintiff and that he was harmed by said Defendant's breach?

a.   Stephan Jenkins                     _____YES     _____ NO
b.   Bradley Hargreaves                  _____ YES    _____ NO
c.   Third Eye Blind, Inc.               _____ YES    _____ NO
d.   3EB Touring, Inc.                   _____ YES    _____ NO
e.   Stephan Jenkins Productions, Inc.   _____ YES    _____ NO
f.   3EB Publishing                      _____ YES    _____NO

If you answered "No" to **all** of the Defendants, please proceed to Question No. 3.

If you answered "Yes" to **any** of the Defendants, please proceed to Question No. 2.

**Question No. 2**

What are Plaintiff's total damages?          $ _____

If you answered "Yes" to more than one (1) Defendant in Question No. 1, and you find that any such Defendant should not be responsible for the entire amount of Plaintiff's total damages, state the amount for which any such Defendant should be responsible.

Name _____          $ _____

Name _____          $ _____

Name _____          $ _____

Name _____          $ _____

Name _____          $ _____

Name _____          $ _____

Please proceed to Question No. 3.

**Question No. 3**

Has Counterclaimant 3EB Touring, Inc. proven, by a preponderance of the evidence, that Plaintiff made personal charges on a credit card intended to be used for the benefit of the Band and that Plaintiff failed to reimburse 3EB Touring, Inc. for those charges?

\_\_\_\_\_ YES

\_\_\_\_\_ NO

If you answered "Yes," please proceed to Question No. 4.

If you answered "No," please do not answer any more questions and have the presiding juror sign and date this form.

///
///
///
///
///
///

**Question No. 4**

If you answered "Yes" to Question No. 3, what are Counterclaimant 3EB Touring, Inc.'s damages?

$ _____

PLEASE HAVE THE PRESIDING JUROR SIGN AND DATE THIS FORM.

_____         _____
Date                                                  Presiding Juror