UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY FREDIANELLI,

    Plaintiff,

v.

STEPHAN JENKINS, et al.,

    Defendants.

No. C-11-3232 EMC

**VERDICT FORM**

_____/

**Question No. 1**

Has Plaintiff proven, by a preponderance of the evidence, that any of the following Defendants breached the oral contract with Plaintiff and that he was harmed by said Defendant's breach?

| | | | | |
|---|---|---|---|---|
| a. | Stephan Jenkins | ____ YES | ✓ NO |
| b. | Bradley Hargreaves | ____ YES | ✓ NO |
| c. | Third Eye Blind, Inc. | ____ YES | ✓ NO |
| d. | 3EB Touring, Inc. | ✓ YES | ____ NO |
| e. | Stephan Jenkins Productions, Inc. | ____ YES | ✓ NO |

If you answered "No" to **all** of the Defendants, please proceed to Question No. 3.

If you answered "Yes" to **any** of the Defendants, please proceed to Question No. 2.

**Question No. 2**

What are Plaintiff's total damages for all breaches not barred by the statute of limitations (as provided in Instruction No. 34)?

$ 447,328.77

If you answered "Yes" to more than one (1) Defendant in Question No. 1, and you find that any such Defendant should not be responsible for the entire amount of Plaintiff's total damages, state the amount for which any such Defendant should be responsible. Otherwise, any and all Defendants for whom you answered "Yes" in Question No. 1 shall be held jointly liable for the total damages.

Name _____   $ _____
Name _____   $ _____
Name _____   $ _____
Name _____   $ _____
Name _____   $ _____

Please proceed to Question No. 3.

**Question No. 3**

Has Counterclaimant 3EB Touring, Inc. proven, by a preponderance of the evidence, that Plaintiff made personal charges on a credit card intended to be used for the benefit of the Band and that Plaintiff failed to reimburse 3EB Touring, Inc. for those charges?

✓ YES

____ NO

If you answered "Yes," please proceed to Question No. 4.

If you answered "No," please do not answer any more questions and have the presiding juror sign and date this form.

///
///
///

2

**Question No. 4**

If you answered "Yes" to Question No. 3, what are Counterclaimant 3EB Touring, Inc.'s damages?

$ 9,255.99

PLEASE HAVE THE PRESIDING JUROR SIGN AND DATE THIS FORM.

10/21/13
Date

_____
Presiding Juror