UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT JUDGE EDWARD M. CHEN

Case No. C11-3232 EMC
Case Name: **Fredianelli v. Jenkins, et al.**

## NOTE FROM THE JURY

Note No. 1
Date 10/21/13
Time 12:15 P.M.



1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

PLAINTIFF CLAIMS THAT APPROX. $127,000 OF EQUIPMENT COSTS ~~PII~~ WAS PAID FOR BY 3EB TOURING fNC AND THAT THIS COST IS SHOWN IN EXHIBIT 371. WHAT PAGE OF THE EXHIBIT PROVIDES THE DETAIL OF THIS EXPENSE?

_____
Foreperson of the Jury

## Answer to Jury Note #1

The $127,000 figure in your Question #1 appears to be related to the figure of $127,768.36 which appears on the first page of Exhibit 371, the Balance Sheet of 3EB Touring, Inc. dated December 31, 2008. That number is the accumulated depreciation for the cumulative purchases of Computer Equipment, Musical Equipment, and Staging previously purchased by 3EB Touring, Inc., including purchases made prior to 2008 These categories are tied to account numbers 1625, 1645 and 1650 which appear on pages 30-31 of the Ledger Report portion of Exhibit # 371. The accounts appear in the Ledger Report for other years as well.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT JUDGE EDWARD M. CHEN

Case No. C11-3232 EMC
Case Name: **Fredianelli v. Jenkins, et al.**

## NOTE FROM THE JURY

Note No. 2
Date 10/21/13
Time 3:05

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

WAS 3EB TOURING INC, THIRD EYE BLIND, INC OR STEPHAN JENKINS PRODUCTIONS, INC REIMBURSED FOR LEGAL FEES BY INSURANCE FOLLOWING THE ERIK GODTLAND LITIGATION? IF SO, WHAT WAS THE VALUE OF THE REIMBURSEMENT? THE JURY SEEKS CLARIFICATION ON INSURANCE PROCEEDS, IF ANY, RELATED TO LEGAL EXPENSES/FEES <u>NOT</u> SETTLEMENT PROCEEDS, IF ANY.

_____
Foreperson of the Jury

RECEIVED
OCT 21 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## Answer to Note #2

There is no evidence in the record that any of the legal expenses/fees incurred in the Godtland litigation were reimbursed by insurance.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT JUDGE EDWARD M. CHEN

Case No. C11-3232 EMC
Case Name: **Fredianelli v. Jenkins, et al.**

## NOTE FROM THE JURY

Note No. 3
Date 10/21/13
Time 3:55

RECEIVED
OCT 21 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

What services did Another Planet Entertainment provide?

Is this company, Another Planet Entertainment related to Third Eye Blind Inc, 3EB Touring, or Stephan Jenkins Productions? Or just Stephan Jenkins?

_____
Foreperson of the Jury

## Answer to Note #3

There is no evidence in the record as to what services Another Planet Entertainment provided.

Another Planet Entertainment is not related in any ownership relationship to Third Eye Blind Inc, 3EB Touring, Stephen Jenkins Productions, or Stephan Jenkins.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT JUDGE EDWARD M. CHEN

Case No. C11-3232 EMC
Case Name: **Fredianelli v. Jenkins, et al.**

### NOTE FROM THE JURY

Note No. 4

Date 10/21/13

Time 4.08

RECEIVED
OCT 21 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

There was testimony given that Tony is owed royalties. Do we consider awarding royalties as damage. For example: online, youtube, ~~advised~~ sound exchange. I ask these questions because 3rd Eye Blind continues to collect checks for this. - We are in dispute about paying royalties

_____
Foreperson of the Jury

**Answer to Note #4**

Plaintiff is not seeking in this case royalties for online, You-Tube or SoundExchange.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT JUDGE EDWARD M. CHEN

Case No. C11-3232 EMC
Case Name: **Fredianelli v. Jenkins, et al.**

## NOTE FROM THE JURY

Note No. 5
Date 10/21/13
Time 4:45



1. The Jury has reached a unanimous verdict (✓)

or

2. The Jury has the following question:

_____
Foreperson of the Jury