UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY FREDIANELLI,            No. C11-3232 EMC

       Plaintiff,

     v.                                       **JUDGMENT IN A CIVIL CASE**

STEPHAN JENKINS, et al.,

       Defendants.

_____/

       **(x)  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

       **()  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

       IT IS SO ORDERED AND ADJUDGED pursuant to the **Jury Verdict**, Judgment is entered in favor of Plaintiff against 3EB Touring, Inc. for $447,328.77; in favor of Counterclaimant 3EB Touring, Inc. against Plaintiff for damages in the sum of $9,255.99. The Clerk of the Court is directed to close the file in this case.

Dated: October 21, 2013                              Richard W. Wieking, Clerk

                                                                        By: Betty Lee
                                                                        Deputy Clerk