ABBEY, WEITZENBERG, WARREN & EMERY
MITCHELL B. GREENBERG, Esq., State Bar 114878
STEPHANIE WALKER, Esq., State Bar 252464
100 Stony Point Road, Suite 200
Post Office Box 1566
Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
Facsimile: 707-542-2589

Attorneys for Defendants and Counterclaimants
STEPHAN JENKINS, an Individual;
BRADLEY HARGREAVES, an Individual;
STEPHAN JENKINS PRODUCTIONS, INC.;
3EB TOURING, INC.;
AND THIRD EYE BLIND, INC.

# UNITED STATES DISTRICT COURT,

## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY FREDIANELLI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STEPHAN JENKINS, et al.,<br><br>　　　　　Defendants.<br><br>STEPHAN JENKINS, an Individual;<br>3EB TOURING, INC., a California Corporation;<br>THIRD EYE BLIND, INC., a California Corporation; and<br>STEPHAN JENKINS PRODUCTIONS, INC., a California Corporation,<br><br>　　　　　Defendant/Counterclaimants,<br><br>v.<br><br>ANTHONY FREDIANELLI, an Individual,<br><br>　　　　　Plaintiff/Counterdefendant. | Case No.: **C 11-03232 EMC**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASH DEPOSIT IN LIEU OF POSTING BOND**<br><br>The Honorable Edward M. Chen |

Given the Court's November 4, 2013 Order Granting Defendant's Motion to Stay Enforcement of Judgment (Document No. 311), which orders that Defendant 3EB Touring, Inc. post a bond in the amount of $447,485.34 as a condition of obtaining a stay of enforcement of judgment, and given the fact that the parties wish to ensure that the money is secure and is more easily accessible once final disposition of the money is determined, Plaintiff Anthony Fredianelli and Defendant 3EB Touring, Inc., through their respective counsel of record, do hereby stipulate as follows:

1. Defendant 3EB Touring, Inc. will deposit the sum of $447,485.34 into a bank account with the San Francisco branch of City National Bank, into an account entitled "Mitchell B. Greenberg and Joseph W. Singleton Attorney Client Trust Account FBO Stephan Jenkins," account number 432915506.

2. No funds may be withdrawn from the above-described bank account number 432915506 absent either (a) both the signatures of counsel for Plaintiff, Mr. Joseph Singleton, on the one hand, and counsel for 3EB Touring, Inc., Mr. Mitchell Greenberg, on the other hand or (b) further order of this Court.

**IT IS SO STIPULATED.**

Dated: November 22, 2013.         ABBEY, WEITZENBERG, WARREN & EMERY

By:   /s/. Mitchell B Greenberg
      Mitchell B. Greenberg,
      Attorneys for Defendants
      STEPHAN JENKINS, an Individual;
      BRADLEY HARGREAVES, an Individual;
      THIRD EYE BLIND, INC.;
      3EB TOURING, INC.
      STEPHAN JENKINS PRODUCTIONS,
       INC.

Dated: November 22, 2013.   JOSEPH W. SINGLETON, ESQ.

By:    /s/ Joseph W. Singleton
Attorney for Plaintiff
ANTHONY FREDIANELLI

## ATTESTATION OF CONCURRENCE

I, Mitchell B. Greenberg, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from the above signatories.

Dated: November 22, 2013.   ABBEY, WEITZENBERG, WARREN & EMERY

By:    /s/. Mitchell B Greenberg
Mitchell B. Greenberg,
Attorneys for Defendants
STEPHAN JENKINS, an Individual;
BRADLEY HARGREAVES, an Individual;
THIRD EYE BLIND, INC.;
3EB TOURING, INC.
STEPHAN JENKINS PRODUCTIONS, INC.

STIPULATION AND [PROPOSED] ORDER REGARDING CASH DEPOSIT IN LIEU OF POSTING BOND

## [PR~~O~~POSED] ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS HEREBY ORDERED that:

1. Defendant 3EB Touring, Inc. will deposit the sum of $447,485.34 into a bank account with the San Francisco branch of City National Bank, into an account entitled "Mitchell B. Greenberg and Joseph W. Singleton Attorney Client Trust Account FBO Stephan Jenkins," account number 432915506.

2. No funds may be withdrawn from the above-described bank account absent either (a) both the signatures of counsel for Plaintiff, Mr. Joseph Singleton, on the one hand, and counsel for 3EB Touring, Inc., Mr. Mitchell Greenberg, on the other hand or (b) further order of this Court.

**IT IS SO ORDERED.**

Dated: 11/26/13



Hon. Edward M. Chen
Judge, United States District Court
Northern District of California

-4-

STIPULATION AND [PROPOSED] ORDER REGARDING CASH DEPOSIT IN LIEU OF POSTING BOND